985 A.2d 217

Gregory STAGLIANO and Marcella Stagliano, H/W, Petitioners

v.

ROBERT BRUCE DESIGNS, INC., Respondent.

Supreme Court of Pennsylvania.

Dec. 2, 2009.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of December 2009, the Petition for Allowance of Appeal is DENIED. The Application for Leave to File Supplemental Brief is also DENIED.